```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE


TRACY MEGGISON,                   )
                                  )
         Plaintiff,               )
v.                                )      Civil No. 09-414-B-W
                                  )
MAINE, STATE OF                   )
                                  )
         Defendants.              )
```

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 22, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on October 29, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Petitioner's 28 U.S.C. § 2254 Petition
(Docket #1) be and herby is DENIED.

3. It is further ORDERED that no certificate of appealability should issue in the event the Petitioner

      files a notice of appeal because there is no
      substantial showing of the denial of a constitutional
      right within the meaning of 28 U.S.C. § 2253(c)(2) .

    SO ORDERED.

                                      /s/John A. Woodcock, Jr._____
                                      JOHN A. WOODCOCK, JR.
                                      CHIEF UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2009